**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-7762

WILLIAM M. WRAY,

Plaintiff - Appellant,

versus

PATRICK CONROY, Warden; OFFICERS, S.R.T. (7-3
Shift) Staff; S.R.T. SERGEANT JOHNSON; D.
JOHNSON, C.O. II (Division of Correction),
M.H.C.-X,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
00-1348-PJM)

Submitted:  March 30, 2001          Decided:  April 9, 2001

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

William M. Wray, Appellant Pro Se.  Gloria Wilson Shelton, OFFICE
OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William M. Wray appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Wray v. Conroy, No. CA-00-1348-PJM (D. Md. Nov. 16, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2